# EXHIBIT 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Peters, David Michael
Search Results: Displaying 4 of 4 entries



*The whole truth and nothing but the truth so help me Bob.*

**Type of Work:** Text
**Registration Number / Date:** TXu001727469 / 2010-01-04
**Application Title:** The whole truth and nothing but the truth so help me Bob.
**Title:** The whole truth and nothing but the truth so help me Bob.
**Description:** Printed Material.
**Copyright Claimant:** David Michael Peters, 1963- . Address: 7514 Eagle Ledge, San Antonio, TX, 78249, United States.
**Date of Creation:** 2009
**Authorship on Application:** David Michael Peters, 1963- ; Citizenship: United States. Authorship: text, Book.
**Rights and Permissions:** David Michael Peters, 7514 Eagle Ledge, San Antonio, TX, 78249, United States, (210) 392-7497, davepeters1963@yahoo.com
**Copyright Note:** C.O. correspondence.
**Names:** Peters, David Michael, 1963-



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ○  Format for Print/Save | |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page