# EXHIBIT 3



and folks would just be caught up, mystified. I'd look at the audience, and you find yourself getting caught up. I was trying not to watch Bob. I was trying to watch them. And if I ever looked at him, I could never look back at the audience, so I would purposely walk to the side of the speaker and begin to look at the audience. 'Cause once you looked, you're hooked. And he was so unrehearsed, almost want to say sloppy. Just fall out there, just mash up people. And I said this man is so bad, he is just tough, he just walk out there in that little fatigue, no flash, no jewelry, one little ring I think he wore on the middle finger. You know, nothin', man! No bombs bursting in air, no pigeons flying, people swinging from trees, just pure little music man. Music man! Jamming with his guitar, singing Zion song.

Bob lived to be a king. From very shabby, humble beginnings, but to be able to go and sing his songs all over the world. And I remember his energy. That dance! Oh!

**ROGER STEFFENS:** One inspiration for that boundless energy was discovered during the Apollo shows by hornsman Dave Madden. In his forthcoming memoir, fellow saxophonist Glen DaCosta described the devastating effects of Marley's private elixir.

**GLEN DACOSTA:** And then there was the matter of "Bob's special jug," which remains mysterious to me to this day. David Madden and myself, as hornsmen, we're always close buddies, and we'd share whatever we could whenever—food, whatever—and we got in late for a show and decided to raid the Wailers' fridge. So I had some orange juice (I think) but David went for the more, shall we say, "exciting" drink. It was Bob's jug of—whatever it was, I don't know. Something he took to get onstage, a blended drink especially prepared for Bob.

David had a glass full of Bob's drink and immediately realized it had a very negative effect on him. Onstage, David is always the most responsible and focused musician all the time. He's very thorough and he does a good job so when he was feeling the effects of the drink

and told me, "Glen, if I'm making any mistakes tell me," I was truly shocked. I couldn't believe what was happening.

Then as we were playing, I realized that he was leaning on me. Apparently he couldn't stand on his own feet then and then I had to switch parts right there because he was playing very mildly instead. The boldness had gone out from his instrument.

After the show—that was at one of the early shows at the legendary Apollo Theater in Harlem, we had two shows that day—we would normally take like a half-hour break and come back to do the next show. That day we had to stay for over two hours because we had to lift David off the stage and we had to revive him with some very sweet sugar water. He laid flat on his back like a boxer that had just been knocked out. I'll never forget it. It's always a laugh when we remember it.

David learned his lesson and never touched Bob's juice again. For Bob it was OK, he could take it. I don't know what was in that jug, but I'm sure that some powerful ganja was there, or maybe some other mixture of some other drugs. I'm not into the drugs so I wouldn't know. But for it to have that kind of effect on David, it must have been some really special stuff.

**ROGER STEFFENS:** Sound mixer Karl Pitterson was impressed by Bob's keen control of his audiences while withstanding intense pain.

**KARL PITTERSON:** In 1979 I think Bob was going through a lot of unannounced suffering that he privately kept inside to himself. But I knew that something was going to happen, a year before Bob's collapse while we were on tour. I said it to Al Anderson, the guitar player, that hey, something is wrong, really wrong, because I could hear it in his voice. Like he would try to get to a certain note. It was one of the hardest things. But to the public they never realized it. Even though, when he would try and before it was really executed he would realize it and—whoops, don't think I'm going to make that note, so he would change. And I would notice that. That was just a telltale sign. That was